UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:16-cr-47-FtM-38MRM

JUNIPHER LAYNE

### FORFEITURE MONEY JUDGMENT

The United States moves pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a forfeiture money judgment against the defendant in the amount of $1,122,171.36, representing the amount of proceeds obtained as a result of the wire fraud scheme charged in Counts One through Three of the Information.

The defendant pleaded guilty to a wire fraud scheme, in violation of 18 U.S.C. § 1343 as charged in Counts One through Three of the Information, and the Court accepted her plea and adjudged her guilty.  Being fully advised of the relevant facts, the Court finds that the defendant obtained $1,122,171.36 in proceeds from the wire fraud scheme.

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the defendant is liable for a forfeiture money judgment in the amount of $1,122,171.36, which represents the proceeds obtained

as a result of wire fraud scheme charged in Counts One through Three of the Information.

Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 3, p. 8), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset to satisfy the defendant's money judgment.

**DONE** and **ORDERED** in Fort Myers, Florida, on June 24, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record